DPC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6131** CR-ROETTGER

MAGISTRATE JUDGE
SNOW

IN RE: GRAND JURY 99-01 FTL    )
_____ )

FILED by ___ D.C.
MAY 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and remain sealed in the custody of the Clerk of Court until the arrest of the defendant. In support thereof, the following is shown:

1. The above-cited pleadings relate to an ongoing investigation into the illegal possession with intent to distribute crack cocaine.

2. If the indictment arrest warrant is disclosed, defendant may flee to avoid prosecution.

**WHEREFORE,** the United States respectfully requests that this Court order that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation



Sheet, Motion to Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) granting the same be **SEALED** until the arrest of the defendant.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: 5/10/2000

By: /s/ David P. Cora

DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY
COURT NO. 471623
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255, ext. 3519
Fax. (954) 356-7336