DPC:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6131** CR-ROETTGER

21 USC §841(a)(1)
21 USC §860

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,   )
            Plaintiff,      )
                            )
vs.                         )
                            )
JOHN ALLEN KNOWLES,         )
            Defendant.      )
_____)



### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about April 13, 2000, at Broward County, in the Southern District of Florida, the defendant,

JOHN ALLEN KNOWLES,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine containing



cocaine base, commonly known as "crack" cocaine, within 1,000 feet of real property comprising Walker Elementary School, a public elementary school; in violation of Title 21, United States Code, Sections 841(a)(1) and 860.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |

<u>JOHN ALLEN KNOWLES</u>

**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)   Yes ____   No ____
Number of New Defendants   ____
Total number of counts   ____

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) ___<u>NO</u>___
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   0 to 5 days   _X_
   II   6 to 10 days   ___
   III   11 to 20 days   ___
   IV   21 to 60 days   ___
   V   61 days and over   ___

   (Check only one)
   Petty   ___
   Minor   ___
   Misdem.   ___
   Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____
   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No   If yes, was it pending in the Central Region?   ___ Yes   ___ No

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 471623

*Penalty Sheet(s) attached

REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  __JOHN ALLEN KNOWLES__    No.:_____

Count #I:

Possession with intent to distribute "crack cocaine" within 1,000 feet of a school, in violation of 21 USC §841(a)(1) and §860.

*Max Penalty: Five to eighty years' imprisonment, $4,000,000 fine.

Count #: II

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96