AO 442 (Rev. 12/85) Warrant for Arrest         AUSA DAVID P. CORA; DEA S/A Robert Felicioni

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JOHN ALLEN KNOWLES

**WARRANT FOR ARREST**

**TO:    The United States Marshal
and any Authorized United States Officer**

**CASE NUMBER:**

# 00-6131 CR-ROETTGEI

## CR-ROETTGER

YOU ARE HEREBY COMMANDED to arrest _____ JOHN ALLEN KNOWLES _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession with intent to distribute crack cocaine within 1,000 feet of a school,

in violation of Title 21 United States Code, Section __ 841(a)(1) and 860 __

CLARENCE MADDOX
Name of Issuing Officer

_Lenny Butler_
Signature of Issuing Officer

Bail fixed at _Pretrial Detention_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 16, 2000
2000, Fort Lauderdale, Florida
Date and Location

by _BARRY SELTZER U.S. Magistrate Judge_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JOHN ALLEN KNOWLES__

ALIAS: __JOHMOL ALLEN;JOHNNY KNOWLES;JOHN ALAN KNOWLES;MUSTAFA SHABAZZ__

LAST KNOWN RESIDENCE: 453 NW 12 AVE, APT 2, FT. LAUDERDALE, FL

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: __FLORIDA__

DATE OF BIRTH: __1/1/48__

SOCIAL SECURITY NUMBER:

HEIGHT: ___6'___          WEIGHT:     205

SEX: __MALE__                    RACE: __BLACK__

HAIR: __BLACK__          EYES: __BROWN__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: __TATTOO RIGHT ARM__

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: S/A Robert Felicioni, 888-797-2131