**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: **00-6131-CR-ROETTGER**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| **JOHN ALLEN KNOWLES** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to the Assistant United States Attorney Laurence M. Bardfeld.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____

DAVID CORA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: 471623
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida  33394
Telephone:(954) 356-7255 Ext. 3519
Facsimile: (954) 356-7336
E-mail: Davidcora@justice.usdoj.gov

cc: DEA, Special Agent Bob Felicioni
    FLPD, Douglas MacDougall

