UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                              Case No: _OO – 6131-CR-NCR_

_John Knowles_

**O R D E R**

THIS CAUSE is before the Court for the initial appearance of the above-named

defendant(s) on a SEALED complaint.

UPON ORAL motion of the government in open court that the case be unsealed, it is

hereby

ORDERED AND ADJUDGED that the complaint be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 22nd day of June, 2000

_Lurana S. Snow_

LURANA S. SNOW
~~CHIEF~~ UNITED STATES MAGISTRATE JUDGE