COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN ALLEN KNOWLES (J)   CASE NO:   00-6131-CR-ROETTGER
AUSA: LARRY BARDFELD /Stuart   ATTY:
AGENT:   VIOL:  21:841(a)(1)
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
   BOND SET @
   SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

Ore Tenus motion to unseal
granted

Advised of charges

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:   6-23  //  LSS ✓
                         PTD/BOND HRG:         6-27  //  LSS ✓
                         PRELIM/ARRAIGN:       6-27  //  LSS ✓
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/22/00   Time 11:00   FTL/LSS TAPE #00- 031   Begin: 2367   End: 2505