## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHN ALLEN KNOWLES (J)    CASE NO: 00-6131-CR-ROETTGER
AUSA: LARRY BARDFELD /nes/    ATTY: Sam Smargon
AGENT:    VIOL:
PROCEEDING INQUIRY RE COUNSEL    RECOMMENDED BOND
BOND HEARING HELD - yes/no    COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

Deft sworn for apptmt of Counsel

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury Trial demanded~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
    (PTD)/BOND HRG: 6-28    10    AM LS    Sv
    PRELIM/ARRAIGN:
    REMOVAL HRG:
    STATUS CONF: 7-10    11    B55

Date: 6/23/00    Time 11:00    FTL/LSS TAPE #00- 033    Begin: 1410    End: 1512

FILED JUN 23 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.