AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DAVID P. CORA; DEA S/A Robert Felicioni

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**    476690

UNITED STATES OF AMERICA

v.

JOHN ALLEN KNOWLES

**TO:** The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: **00-6131** CR-ROETTGER

CR-ROETTGER

YOU ARE HEREBY COMMANDED to arrest    **JOHN ALLEN KNOWLES**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession with intent to distribute crack cocaine within 1,000 feet of a school,

in violation of Title **21** United States Code, Section **841(a)(1) and 860**

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*Lenny Butler*
Signature of Issuing Officer

May 16, 2000
2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at **Pretrial Detention**    by **BARRY SELTZER, U.S. Magistrate Judge**
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED 5/16/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/21/00 | FOR: DEA | John Walker, ASDUSM |