# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** JOHN ALLEN KNOWLES (J)     **CASE NO:** 00-6131-CR-ROETTGER

**AUSA:** LARRY BARDFELD /s/ Bruce Brown     **ATTY:** ROBERT BERUBE

**AGENT:**     **VIOL:**

**PROCEEDING:** PTD / ARRAIGNMENT     **RECOMMENDED BOND:** PTD

**BOND HEARING HELD** - yes (no)     **COUNSEL APPOINTED:**

**BOND SET @:** $250,000 CSB w/ Nebbia     **To be cosigned by:**

FILED by JV D.C. JUN 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Stipulated. Gov't reserves the right to request PTD should deft seek to post or reduce the bond.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 7-13 | 11 | BSS | FTL |

**DATE:** 6/28/00    **TIME:** 10:00 A.M.    **FTL/LSS TAPE # 00 -** 035    **Begin:** 3199    **End:** 3269

recall 668 - 718

18