UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-ROETTGER

UNITED STATES OF AMERICA

O R D E R

vs

| X / | Appointing Counsel |
|---|---|
| ___ / | Ratifying Prior Service |
| ___ / | Extending Appointment for Appeal |
| ___ / | Substituting Counsel |

JOHN ALLEN KNOWLES

_____
(prior counsel)

CHARGE: __21:841(a)(1) & 860_____
  X /Felony         ____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

    Federal Public Defender
    101 N. E. 3rd Avenue, Suite 202
    Ft. Lauderdale, FL  33301
    Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this __23R__Day of __JUNE_____, 2000.

            _____
            LURANA S. SNOW
            UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services