DEFT: John Allen Knowles (no deft needed) CASE NO: 00-6131-CR-Roettger
AUSA: Larry Bardfeld _present_        ATTNY: FPD Perube
AGENT: _____            VIOL: _____
PROCEEDING: Status Conference         BOND REC: _____
BOND HEARING HELD - yes/no            COUNSEL APPOINTED: _____ FILED by _____ D.C.
___ BOND SET @ _____
CO-SIGNATURES: _____                    JUL 10 2000
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
No tapes
2 days to try
Gov't ready
△ - will have psych exam soon

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 7-10-00    TIME: 11:00am    TAPE # 00-055    PG # 3

947-992