

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

JOHN ALLEN KNOWLES

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on July 10, 2000. At that conference,

the parties informed the Court as follows:

1.    The Government indicated that it has today complied with its obligations

under the Standing Discovery Order. The Government is ready to proceed and

anticipates that this matter will require two days to try.  No motions are currently

pending.

2.    Defense counsel informed the Court that he will arrange this week for a

mental-health examination of his client.

DATED at Fort Lauderdale, Florida this ____ day of July, 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Norman C. Roettger
United States District Judge

United States Attorney's Office

Federal Public Defender
Attorney for Defendant