HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6131-CR-NCR    Date: 10/4/00
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: ___    Interpreter: ___

Plaintiff(s): U.S.A.    Counsel: Bice for Barafeld

Defendant(s): G. Knowles    Counsel: B. Berube

Reason For Hearing: Plea (Ct #1)

Result of Hearing/Judgment: Court can not take plea. A to be put for trial.

Misc.: ___