

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-06131-CR-ROETTGER

UNITED STATES OF AMERICA

v

JOHN KNOWLES

## NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>FRIDAY NOVEMBER 17, 2000 at 10:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

CALENDAR CALL FOR TWO WEEK TRIAL PERIOD BEGINNING MONDAY NOVEMBER 20, 2000. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA

CLARENCE MADDOX, CLERK

DATED: 10/19/00

BY: _P. Hart_

Deputy Clerk