NOV 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6131-CR    Date: 11/17/00
Courtroom Clerk: P. Hart    Court Reporter: Benuse
Probation Officer: ___    Interpreter: ___
Plaintiff(s): U.S.A.    Counsel: Garfield

Defendant(s): J Knowles (J)    Counsel: B Berube

Reason For Hearing: Plea

Result of Hearing/Judgment: Δ pleaded & adj. as guilty. P.S.I. ordered. Sent. set Jan 26, 2001 at 1:30 p.m. Remanded.

Misc.: ___