UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-ROETTGER



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ALLEN KNOWLES,

    Defendant.

_____/

## UNOPPOSED MOTION FOR BOND PENDING SENTENCING AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR HEARING

The defendant, John A. Knowles, through counsel files the above referenced motion and in support states as follows:

1. On November 17, 2000 Mr. Knowles pled guilty to the charge of possession with intent to distribute cocaine, within 1,000 feet of a school zone, in violation of 18 U.S.C. §§ 860 and 841 (a)(1).

2. Sentencing is scheduled for January 26, 2001 at 1:30 p.m.

3. Pending sentencing, the parties have stipulated to the following bond terms and conditions for Mr. Knowles: $300,000 Personal Surety Bond; he shall reside with his daughter Amina Knowles, 5510 N.W. 31st Avenue, #306, Fort Lauderdale, Florida 33309, (954) 486-9333 ; he must report to Pretrial Services twice a week, random urinalysis and must obtain employment.



4. The parties respectfully request that the bond matter be referred to the United States Magistrate Judge for a bond hearing on the stipulated bond terms. United States Magistrate Judge Barry Seltzer is available to consider the bond request tomorrow, November 22, 2000 at 11:00 a.m.

5. Assistant United States Attorney Laurence M. Bardfeld joins in this motion.

WHEREFORE, John A. Knowles, respectfully requests that this matter be referred to the United States Magistrate Judge for a bond hearing on the stipulated terms as outlined above.

Respectfully Submitted,

Kathleen M. Williams
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar # 304247
101 N.E. 3rd Avenue, #202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st day of July, 2000, to Laurence M. Bardfeld, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube