UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ALLEN KNOWLES,

    Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Bond Pending Sentencing and Request for Referral to Magistrate Judge for Hearing and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's Unopposed Motion for Bond Pending Sentencing and Request for Referral to Magistrate Judge for Hearing is hereby GRANTED. The motion shall be referred to Magistrate Judge Barry S. Seltzer.

DONE AND ORDERED at Fort Lauderdale, Florida, this **21** day of November, 2000.

NORMAN C. ROETTGER
UNITED STATES DISTRICT JUDGE

cc:    Robert Berube, AFPD
       Laurence M. Bardfeld, AUSA