COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: John Allen Knowles (J)#          CASE NO: 00-6131-CR-Roettger
AUSA: Larry Bardfeld                   ATTNY: FPD: Bob Berube
AGENT:                                 VIOL:
PROCEEDING: Stipulated Bond            BOND REC:

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:
X   BOND SET @ $300,000.00 - Personal Surety Bond
CO-SIGNATURES:
SPECIAL CONDITIONS:

(1) Do not violate any law.
(2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
(4) Rpt to PTS as directed /or as directed x/s a week/month by phone; ____ x/s a week/month in person.
(5) Random urine testing by Pretrial Services. Treatment as deemed necessary and refrain from alcohol.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
(8) No contact with victims/witnesses.
(9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ____ Halfway House
       ____ Electronic Monitoring

Defendant must reside w/ his daughter.

Defendant released.

NEXT COURT APPEARANCE:     DATE:       TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 11-22-00         TIME: 11:00am    TAPE # 00-099    PG # 300