UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-ROETTGER



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ALLEN KNOWLES,

    Defendant.
_____/

## MOTION FOR LEAVE TO CHANGE RESIDENCE

COMES NOW the defendant John A. Knowles, by and through his undersigned counsel, and files his Motion For Leave To Change Residence, and states as follows:

1. The defendant is currently on Pretrial Release awaiting resolution of this matter.

2. Personal circumstances have made it necessary for the defendant to move from his current residence to 6627 Winfield Boulevard, Margate, Florida 33063. The telephone number is (954) 917-0094.

WHEREFORE the defendant prays that the court grant this motion and approve the defendant's change of address.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Robert N. Berube

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this 13 day of December, 2000, to Laurence M. Bardfeld, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

/s/ Robert N. Berube
Robert N. Berube