UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-ROETTGER

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN ALLEN KNOWLES,

      Defendant.

_____/

## ORDER GRANTING LEAVE TO CHANGE RESIDENCE

THIS MATTER having come before the Court upon the Defendant's Motion For

Leave To Change Residence, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's Motion For Leave To Change

Residence is GRANTED.   The defendant's is permitted to move to 6627 Winfield

Boulevard, Margate, Florida 33063.

DONE AND ORDERED this ___ day of December, 2000, at Fort Lauderdale,

Florida.

NORMAN C. ROETTGER
United States District Judge
Magistrate

cc:    Robert N. Berube, AFPD
       Laurence M. Bardfeld, AUSA
       Pretrial Services