UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN A. KNOWLES,

    Defendant.

_____/



## DEFENDANT'S MOTION TO CONTINUE SENTENCING

The Defendant, John A. Knowles, through counsel, files this Unopposed Motion to Continue Sentencing, states;

The sentencing in this matter is scheduled for Friday, January, 26, 2001 at 1:30 p.m. The continuance is being requested so that the Defendant may continue his efforts with local law enforcement. These efforts have been very successful, it is anticipated that this activity will continue.

The Unopposed Motion to Continue is desired so that the parties may appear before the Court on one occasion to inform the Court of the entire magnitude of his assistance.

The Defendant Knowles is on bond, and he is complying with all the stated terms and conditions.

WHEREFORE, the Defendant, John A. Knowles, through counsel, requests that the sentencing be continued for a period of two months.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 23rd day of January, 2000, to Laurence M. Bardfeld, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____

Robert N. Berube

2