FILED by _____ D.C.

FEB 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

<u>COURT MINUTES</u>

Case No.: _00-6131-CR-NCR_   Date: _1/26/01_

Courtroom Clerk: _P Hart_   Court Reporter: _Breves_

Probation Officer: _present_   Interpreter: _____

Plaintiff(s): _U.S.A._   Counsel: _Bardfeld_

Defendant(s): _G Knowles (B)_   Counsel: _V Berube_

Reason For Hearing: _Sentencing_

Result of Hearing/Judgment: _No fine imposed._
_Assessed $100.00, 84 mos, 8 yrs S.R._
_Part in mental health & substance_
_abuse program, co-payment, submit_
_to search & seizure. Exec of confinement_
_deferred 6/1/01 at noon._

Misc.: _____

38/DM