PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. JOHN KNOWLES                                    Docket No. 00-6131-CR-ROETTGER

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant JOHN KNOWLES, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in Court at FT. LAUD., on NOVEMBER 22,2000, under the following conditions:

Report to Pretrial Services as directed, submit to random drug testing/treatment as required, no alcohol, no contact with victims/witnesses, no firearms, reside with daughter.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant did violate the law and/or illegally possess or deliver a non-physician prescribed substance, specifically, crack cocaine, on or about March 13, 2001, in Broward County, Florida.

PRAYING THE COURT WILL ORDER THAT BOND BE REVOKED AND THE DEFENDANT REMANDED TO CUSTODY TO BEGIN SERVICE OF SENTENCE IMPOSED ON 1/26/01.

ORDER OF COURT                                         Respectfully,

Considered and ordered this __19TH__ day
of __March 2001__ and ordered filed
and made a part of the records in the above              James T. Jamros
case.                                                    U.S. Pretrial Services Officer

_____                        Place: FT. LAUD.
Hon. Norman C. Roettger
Senior U.S. District Judge                               Date: March 19, 2001

