United States District Court
for the
Southern District of Florida

United States of America
v
JOHN KNOWLES

## WARRANT FOR ARREST

Case Number: 00-6131-CR-ROETTGER

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JOHN KNOWLES _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant did violate the law and/or illegally possess or deliver a non-physician prescribed substance, specifically, crack cocaine, on or about March 13, 2001, in Broward County, Florida.

in violation of Title __18__    United States Code, Section(s) __3148__

| JAMES T. JAMROS | United States Pretrial Services Officer |
| Name of Issuing Officer | Title of Issuing Officer |

| _signature_ | March 19, 2001, Fort Lauderdale, FL. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NONE__          by _signature_

Hon. Norman C. Roettger, Sr. U.S. District Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |