COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: JOHN KNOWLES (J)#  CASE NO: 00-6131-CR-Roettger
AUSA: LARRY BARDFELD Bertha Mitrani  ATTNY: FPD : Bob Berube
AGENT: PTS: Jim Jamros  VIOL: present
PROCEEDING: Initial on Bond Violation  BOND REC:
BOND HEARING HELD - yes/no  COUNSEL APPOINTED:
____ BOND SET @ ____
CO-SIGNATURES: ____
SPECIAL CONDITIONS: ____

FILED by ___ D.C.
INTAKE
MAR 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ___ Halfway House ____
     ___ Electronic Monitoring ____

△ - advised of charges
△ - remanded into custody to begin serving sentence.
△ - will not ask for bond at this time & defer any hearings at this time

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: 3-29-01  11:00am  Snow
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: ____

DATE: 3-22-01  TIME: 11:00am  TAPE # 01- 018  PG # 5
200 - 295
recalled
405 - 487