AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida

United States of America

v

**JOHN KNOWLES**



# WARRANT FOR ARREST

**Case Number: 00-6131-CR-ROETTGER**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JOHN KNOWLES _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant did violate the law and/or illegally possess or deliver a non-physician prescribed substance, specifically, crack cocaine, on or about March 13, 2001, in Broward County, Florida.

in violation of Title __18__ United States Code, Section(s) __3148__

JAMES T. JAMROS
Name of Issuing Officer

United States Pretrial Services Officer
Title of Issuing Officer

_signature_
Signature of Issuing Officer

March 19, 2001, Fort Lauderdale, FL.
Date and Location

Bail fixed at $ __NONE__

by _signature_
Hon. Norman C. Roettger, Sr. U.S. District Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Ft. Lauderdale, FL |

| DATE RECEIVED 3/19/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/22/01 | | Edward Purchase, SDUSM |

