FILED D.C.
INTAKE
MAR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55365-004

UNITED STATES OF AMERICA )
                  Plaintiff ) Case Number: CR 00-6131-CR-NCR
                            ) REPORT COMMENCING CRIMINAL
   -vs-                  )      ACTION
                            )
JOHN ALLEN KNOWLES )
                  Defendant

****************************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-22-01    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: BOND VIOLATION

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 1-1-48

(6) Type of Charging Document: (check one)
    [ ] Indictment [ ] Complaint To be filed/Already filed
    Case# _____

    [X] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-22-01 (9) Arresting Officer: M. GLOETZNER

(10) Agency: USMS    (11) Phone: _____

(12) Comments: _____