## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JOHN KNOWLES (J) | CASE NO: | 00-6131-CR-ROETTGER |
| AUSA: | LARRY BARDFELD /Rucoba | ATTY: | FPD - Wilcox for |
| AGENT: | | VIOL: | Scriba |
| PROCEEDING: | BOND HEARING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
MAR 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____

❏ Travel extended to: _____

❏ Halfway House _____

Bond was revoked by Judge Roettger — matter has not been referred to mag.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE  3/29/01   TIME: 11:00   FTL/LSS TAPE # 01 - 016   Begin: 715   End: 774