PROB 19a  SD/FL PACTS No. 64390

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06131-001

U.S.A. vs John Knowles

```
FILED by _____ D.C.
FEB 21 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| John Knowles  #55365-004 | Male | Black | 60 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 7818 NW 39th Court, Coral Springs, Florida 33065 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | January 26, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| Southern District of Florida, Miami, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | /s/ Mitchell | 2/21/08 |

## RETURN

| Warrant received and executed. | DATE RECEIVED 2/21/08 | DATE EXECUTED 2/25/08 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Ft. Lauderdale |

| NAME Christina Pharo, US Marshal S/D FL | (BY) Manny Puri, SDUSM | DATE 2/25/08 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."