2:05 p.m.

## COURT MINUTES
### U.S. MAGISTRATE JUDGE ROBERT L. DUBE' - COURTROOM VII

DATE: 2/26/08    TIME: 1:30 P.M.    PAGE 1

DEFT: JOHN KNOWLES (J)55365-004    CASE NO: 00-6131-CR-ROETTGER

AUSA: Norman Hemmings    ATTY: _____

AGENT: USMS    VIOL: SUPERVISED RELEASE VIOL

PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND: No Bond

BOND/PTD CONTESTED HRG - yes / no    CJA APP'T: _____

BOND SET @: _____    To be cosigned by: _____
                                            INTERPRETER: _____

- ❏ All Standard Conditions.                                Disposition: AFPD appt
- ❏ Surrender / or do not obtain passports / travel documents
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
- ❏ Refrain from excessive use of alcohol
- ❏ Participate in a mental health assessment and treatment
- ❏ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❏ Not to encumber property.
- ❏ Maintain or seek full - time employment/education.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ May Not visit Transportation Establishments.
- ❏ Travel extended to: _____
- ❏ Home Confinement/Electronic Monitoring/Curfew _____ paid by _____
- ❏ Other: _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL | 2/28 | 10:00 a.m. | Duty | Miami |
| PTD/BOND HEARING | | | | |
| PRELIM/ARRAIGN OR REMOVAL | 3/11 | " | " | " |
| STATUS CONFERENCE | | | | |

TAPE No  08-H-21   Begin: 130    TIME IN COURT: 5 min