

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

-vs-

Knowles, John

Defendant

CASE NUMBER: CR- 0:00cr06131-001

REPORT COMMENCING CRIMINAL ACTION

55365-004

USMS NUMBER

---

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT                (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

---

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER    N/A.

1) DATE AND TIME OF ARREST: 02/26/2008    5:00    A M ____    PM ✓

2) LANGUAGE SPOKEN: English

3) OFFENSE (S) CHARGED: Supervised rel. Violation

DATE OF BIRTH: 01/01/1948

TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
{ } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{X} PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: MIAMI

REMARKS: _____

DATE: 02/26/08    (8) ARRESTING OFFICER: Quintana

AGENCY: USMS    (10) PHONE: 305-536-5677

COMMENTS: _____