# COURT MINUTES

## U.S. MAGISTRATE JUDGE  ROBERT L DUBE'  - COURTROOM  VII

DATE: FEB. 28, 2008              TIME: 10:00 A.M.              PAGE: 5

DEFT: JOHN KNOWLES(J) #55365-004          CASE NO: 00-6131-CR-~~ROETTGER~~ *JAL*

AUSA: *Gary Schimikat*          ATTY: AFPD  - *Puglisi*

AGENT:          VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: BOND          RECOMMENDED BOND: "NO BOND"

BOND/PTD CONTESTED HRG - yes / no          CJA APP'T: _____

BOND SET @: $ 50k PSB 50k 10%          To be cosigned by: _____
+ 25K CSB          INTERPRETER: _____

❑   All Standard Conditions.

❑   Surrender / or do not obtain passports / travel documents

✓   Rpt to PTS as directed / or _____ x's a week/month
    by phone; _____ x's a week/month in person

☑   Refrain from excessive use of alcohol

❑   Participate in a mental health assessment and treatment

✓   Random urine testing by Pretrial Services and/or treatment
    as deemed necessary

❑   Not to encumber property.

❑   Maintain or seek full - time employment/education.

❑   No contact with victims / witnesses.

❑   No firearms.

❑   May Not visit Transportation Establishments.

❑   Travel extended to: _____.

❑   Home Confinement/Electronic Monitoring/Curfew _____
    paid by _____ *abide by conditions*
✓   Other *as set by JUDGO - previous conditions*

Disposition:

*Bond hrg held
Bond set @
50k PSB co-signed
by daughter
+
50k 10%
+
25k CSB*

Probable Cause 3/11

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE _____

TAPE No.    08H- _____  Begin: 2930          TIME IN COURT: 10 min