# COURT MINUTES
## U.S. MAGISTRATE JUDGE <u>TED E. BANDSTRA</u> - COURTROOM <u>EAST</u>

DATE: 3/11/08  TIME: 10:00 A.M.  PAGE: 3

DEFT: JOHN KNOWLES (J) 55365-004  CASE NO: 00-6131-CR-LENARD
AUSA: Scott Rey  ATTY: AFPD Sabrina Puglisi
AGENT:  VIOL: SUPERVISED RELEASE VIOLATION
PROCEEDING: PROBABLE CAUSE  RECOMMENDED BOND:
BOND/PTD CONTESTED HRG - yes / no  CJA APP'T:
BOND SET @: $50,000 PSB; $50,000 W/10% AND $25,000 CSB  To be cosigned by:

INTERPRETER:

Disposition: USPO Brinson Sworn + Testified, Court finds Probable Cause as to the Violations Stated

- ❏ All Standard Conditions.
- ❏ Surrender / or do not obtain passports / travel documents
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ❏ Refrain from excessive use of alcohol
- ❏ Participate in a mental health assessment and treatment
- ❏ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❏ Not to encumber property.
- ❏ Maintain or seek full - time employment/education.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ May Not visit Transportation Establishments.
- ❏ Travel extended to: ___.
- ❏ Home Confinement/Electronic Monitoring/Curfew ___, paid by ___.
- ❏ Other ___

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE
TAPE No. 08-E- 13  Begin: 13K  TIME IN COURT: