UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6131-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN A. KNOWLES,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

The United States respectfully notifies the Court of the appearance of new counsel regarding the above styled case. All pleadings, orders and correspondence regarding and/or pertaining to forfeiture should now be sent to:

Laurence M. Bardfeld
Assistant U.S. Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

    BY: /s/ Laurence M. Bardfeld
    LAURENCE M. BARDFELD
    ASSISTANT UNITED STATES ATTORNEY
    FLORIDA BAR NO. 712450
    500 East Broward Boulevard, Suite 700
    Fort Lauderdale, Florida   33394
    Tel: (954) 356-7255, ext. 3611
    Fax:(954) 356-7336
    E-mail: laurence.bardfeld@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: /s/ *Laurence M. Bardfeld*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY