1 hour 30 mins.                    UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF FLORIDA

JUDGE JOAN A. LENARD MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: April 16, 2008              CASE NUMBER: 00-6131-CR-LENARD

DEFENDANT: JOHN KNOWLES           COUNSEL Sabrina Puglisi

AUSA: Marlene Rodriguez           PROB. OFFICER: Patricia Brinson

CLERK: Patricia Mitchell          CT REPORTER: Patricia Sanders

---

          Supervised Release Revocation Hearing Held;

____ Supervised Release Revocation Hearing continued to _____ @ _____ at the request of government/defendant.

____ Defendant admits violation of Supervised Release;

____ Defendant denies violation of Supervised Release;

__X__ Court finds defendant violated terms of supervised release; **as to violations 3-5**

__X__ Court fails to find defendant violated terms of supervised release; **as to 1 & 2**

____ Court defers ruling;

____ Case taken under advisement:

____ Bond pending appeal set at $_____;

MISC: _____

SENTENCING

____ SENTENCING CONTINUED TO: _____ @ _____

__X__ SENTENCING TEXT: 3 month term of imprisonment; followed by 3 years supervised release; special condition 180 days residential re-entry center, all other special conditions re-imposed