**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6131-CR-LENARD

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs

**JOHN KNOWLES,**

    Defendant.

_____/

**JUDGMENT AND COMMITMENT ORDER**

THIS CAUSE came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision, submitted by the U.S. Probation Office and approved by this Court on February 21, 2008. A Final Revocation Hearing was held on April 16, 2008. After the proffer given by the government and the information contained in the violation report, and the defendant having plead guilty to the violations listed in the petition, accordingly, it is hereby

**ORDERED AND ADJUDGED** that the defendant is committed to the Bureau of Prisons for a term of **three (3) months** followed by a **three (3) year** term of supervised release. As a special condition of supervised release, the defendant shall reside at a residential re-entry center for a period of **180 days** upon release of imprisonment. All other previously ordered standard and special conditions of supervised release are re-imposed.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, in Miami, Florida this 17th day of April, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

copies furnished to:
Counsel of Record
Patricia Brinson, USPO